## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN (READING) DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Susan Barrasso fka Susan Kochel | CHAPTER 7 |
| | BKY. NO. 19-16559 MDC |
| Debtor | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S.Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM8 and index same on the master mailing list.

                                                            Respectfully submitted,
                                                        **/s/ Rebecca A. Solarz Esquire**
                                                        Rebecca A Solarz, Esquire
                                                        Kevin G. McDonald, Esquire
                                                        KML Law Group, P.C.
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106-1532
                                                        (215) 627-1322