United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16559-mdc
Susan Barrasso                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 2            Date Rcvd: Feb 14, 2020
                              Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2020.
```
db             +Susan Barrasso,    118 West Penn Avenue,    Wernersville, PA 19565-1524
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14407899       +Comenitybk/a&f,    Po Box 182789,    Columbus, OH 43218-2789
14407902       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14407903       +Genesis FS Card Services,    PO Box 84059,    Columbus, GA 31908-4059
14407906       +New Rez,   PO Box 8068,    Virginia Beach, VA 23450-8068
14407908       +Pagoda Federal Credit,    833 Washington St,    Reading, PA 19601-3658
14407915       +Reading Hospital - Tower Health,    420 S. 5th Ave.,    Reading, PA 19611-2143
14407919       +Tbom/milestone,    Po Box 4499,    Beaverton, OR 97076-4499
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QRHHOLBER.COM Feb 15 2020 08:03:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2020 03:12:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2020 03:13:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14407894       +EDI: GMACFS.COM Feb 15 2020 08:03:00      Ally Financial,    200 Renaissance Ctr # B0,
                 Detroit, MI 48243-1300
14407895       +EDI: TSYS2.COM Feb 15 2020 08:03:00      Barclays Bank Delaware,    P.o. Box 8803,
                 Wilmington, DE 19899-8803
14407896        EDI: CAPITALONE.COM Feb 15 2020 08:03:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
14407900       +EDI: CBS7AVE Feb 15 2020 08:03:00      Country Door,    1112 7th Avenue,    Monroe, WI 53566-1364
14407901       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 15 2020 03:23:54      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14407904       +EDI: CBSMASON Feb 15 2020 08:03:00      Masseys,    PO Box 2822,    Monroe, WI 53566-8022
14407905       +EDI: CBS7AVE Feb 15 2020 08:03:00      Montgomery Ward,    1112 7TH Ave,    Monroe, WI 53566-1364
14407907       +E-mail/Text: bnc@nordstrom.com Feb 15 2020 03:12:26      Nordstrom/td Bank Usa,
                 13531 E Caley Ave,    Englewood, CO 80111-6504
14407910       +EDI: PRA.COM Feb 15 2020 08:03:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14407916       +EDI: CBSMASON Feb 15 2020 08:03:00      Stoneberry,    PO Box 2820,    Monroe, WI 53566-8020
14407917       +EDI: RMSC.COM Feb 15 2020 08:03:00      Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14407918       +EDI: WTRRNBANK.COM Feb 15 2020 08:03:00      Target Card Services,    3901 West 53rd Street,
                 Sioux Falls, SD 57106-4221
14407920       +EDI: WTRRNBANK.COM Feb 15 2020 08:03:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
                                                                                               TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14407897*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
14407898*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
14407909*      +Pagoda Federal Credit,    833 Washington St,    Reading, PA 19601-3658
14407911*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14407912*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14407913*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14407914*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: admin              Page 2 of 2            Date Rcvd: Feb 14, 2020
                              Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Susan  Barrasso tobykmendelsohn@comcast.net
              DANIEL P. JONES    on behalf of Creditor   Loancare, LLC. djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S.Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2019-PM8 bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Susan Barrasso** | Social Security number or ITIN  **xxx−xx−0842** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **19−16559−mdc**

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Susan Barrasso
fka Susan Kochel

2/13/20                                                                       **By the court:**   Magdeline D. Coleman
                                                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                          **Order of Discharge**                                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**