United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan Barrasso  
    Debtor

Case No. 19-16559-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Stacey     Page 1 of 1     Date Rcvd: Feb 25, 2020  
                     Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2020.  
db           +Susan Barrasso,   118 West Penn Avenue,   Wernersville, PA 19565-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:
           BRENNA HOPE MENDELSOHN    on behalf of Debtor Susan  Barrasso tobykmendelsohn@comcast.net
           DANIEL P. JONES    on behalf of Creditor   Loancare, LLC. djones@sterneisenberg.com, bkecf@sterneisenberg.com
           REBECCA ANN SOLARZ    on behalf of Creditor    U.S.Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM8 bkgroup@kmllawgroup.com
           ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.axosfs.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Susan Barrasso : Case No. 19−16559−mdc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , February 25, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

17
Form 195